```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 48860
   JAY R JERNSTROM
   CYNDA M JERNSTROM                           CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-8110      SSN XXX-XX-5047

-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/11/2005 and was confirmed 01/05/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  94.49% from remaining funds.

     The case was paid in full 08/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
AMERICAS SERVICING COMPA CURRENT MORTG        .00             .00            .00
CAPITAL ONE AUTO FINANCE SECURED          9497.92          715.82        9497.92
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00             .00            .00
INTERNAL REVENUE SERVICE PRIORITY          291.63             .00         291.63
BALLYS TOTAL FITNESS     UNSECURED      NOT FILED             .00            .00
BANK OF AMERICA NA       UNSECURED        10511.49            .00        9932.13
BP/CITI                  UNSECURED      NOT FILED             .00            .00
CAPITAL ONE              UNSECURED OTH    547.29              .00         517.07
CAPITAL ONE              UNSECURED        408.62              .00         386.10
CAPITAL ONE              UNSECURED       1595.98              .00        1508.01
FIRST PREMIER BANK       UNSECURED      NOT FILED             .00            .00
FMS INC                  UNSECURED      NOT FILED             .00            .00
HSBC                     UNSECURED      NOT FILED             .00            .00
MED COLLECTIONS SERVICES UNSECURED      NOT FILED             .00            .00
MRSI                     UNSECURED      NOT FILED             .00            .00
NCO FINANCIAL SYSTEMS    UNSECURED      NOT FILED             .00            .00
PROVIDIAN                UNSECURED      NOT FILED             .00            .00
PROVIDIAN                UNSECURED      NOT FILED             .00            .00
PVNC                     UNSECURED      NOT FILED             .00            .00
WISCONSIN ELECTRIC POWER UNSECURED      NOT FILED             .00            .00
CAPITAL ONE AUTO FINANCE NOTICE ONLY    NOT FILED             .00            .00
CAPITAL ONE              SECURED NOT I      .00               .00            .00
CAPITAL ONE              UNSECURED       1045.91              .00         988.26
US BANK HOME MORTGAGE    NOTICE ONLY    NOT FILED             .00            .00
INTERNAL REVENUE SERVICE UNSECURED        134.38              .00         126.98
AMERICAS SERVICING COMPA MORTGAGE ARRE    642.06              .00         642.06
CODILIS & ASSOCIATES ^   NOTICE ONLY    NOT FILED             .00            .00
FISHER & SHAPIRO         NOTICE ONLY    NOT FILED             .00            .00
BANK OF AMERICA NA       UNSECURED           .00              .00            .00
BURNS & WINCEK LTD       DEBTOR ATTY     894.00                            894.00
TOM VAUGHN               TRUSTEE                                         1,800.02
DEBTOR REFUND            REFUND                                              .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 48860 JAY R JERNSTROM & CYNDA M JERNSTROM
```

```
     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  27,300.00

PRIORITY                                          291.63
SECURED                                        10,139.98
    INTEREST                                      715.82
UNSECURED                                      13,458.55
ADMINISTRATIVE                                    894.00
TRUSTEE COMPENSATION                            1,800.02
DEBTOR REFUND                                        .00
                       ---------------    ---------------
TOTALS                   27,300.00             27,300.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 11/20/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE